UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN RODGERS,

          Plaintiff,

    v.

FOUR CORNERS AUTOMOTIVE
SERVICES, INC.,

          Defendant.

Case No.  17-cv-06862-KAW

**ORDER TO SHOW CAUSE**

Plaintiff John Rodgers filed his complaint in this action on November 29, 2017.  On March 14, 2018, pursuant to the parties' stipulation, the Court entered an order extending the time the joint site inspection deadline to April 16, 2018.  (Dkt. No. 13 at 3.)  Plaintiff's notice of mediation was due within 42 days of the joint site inspection, *i.e.*, by May 28, 2018 at the latest.  (*See* Scheduling Order at 1, Dkt. No. 4; General Order 56 ¶ 7.)  As of the filing of this order, Plaintiff has not filed any such notice or moved for administrative relief from that deadline.

Accordingly, Plaintiff shall show cause why this case should not be dismissed for failure to prosecute.  Plaintiff shall file a written response to this order to show cause within 14 days.

IT IS SO ORDERED.

Dated: June 14, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge